No. 94–774. SUAN SEE CHONG ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 11th Cir. Certiorari denied.

No. 94–781. FIGGIE *v.* MOSKOVITZ. Sup. Ct. Ohio. Certiorari denied.

No. 94–793. EICK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–804. VELENTZAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–812. MANGANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–813. FERREL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–816. KLINGINSMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–822. HELLER *v.* NORCAL MUTUAL LIFE INSURANCE CO. ET AL. Sup. Ct. Cal. Certiorari denied.

No. 94–827. PIERCE *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–838. TORRES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–839. HILL *v.* HILL. App. Ct. Conn. Certiorari denied. Reported below: 35 Conn. App. 160, 644 A. 2d 951.

No. 94–845. GREEN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 94–851. HONGKONG & SHANGHAI BANKING CORP. LTD. *v.* HOOPA VALLEY TRIBE. C. A. 9th Cir. Certiorari denied.

No. 94–858. CHAVEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.